**Richard J. Whittemore**, OSB #824512
E-Mail: richard.whittemore@bullivant.com
**Peder A. Rigsby**, OSB #104903
E-Mail: peder.rigsby@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant Northwest Christian University

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WINTER ROSE HEKIMYAN,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST CHRISTIAN UNIVERSITY,<br><br>Defendant. | Civil No.: 6:12-cv-153-TC<br><br>**STIPULATED ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Based upon the stipulation of the parties below,

///

///

///

///

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

STIPULATED ORDER GRANTING DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
Page 1

**IT IS HEREBY ORDERED AND ADJUDGED,** that Defendant's Motion for Partial Summary Judgment is **GRANTED**. Plaintiff's First and Third Claims for Relief and Plaintiff's claim for punitive damages are dismissed.

DATED: 5/13, 2014.

Hon. Thomas M. Coffin
United States Magistrate Judge

**IT IS SO STIPULATED:**

By /s/ Arthur W. Spiry          5-12-2014
   Arthur W. Spiry III, OSB #124616     Date
Of Attorney for Plaintiff


By /s/ Peder Rigsby             5-12-2014
   Richard J. Whittemore, OSB #824512   Date
   Peder A. Rigsby, OSB #104903
Of Attorneys for Defendant

14973925.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

STIPULATED ORDER GRANTING DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
**Page 2**